8176. MONTGOMERY *v.* WESTERN UNION TELEGRAPH COMPANY.

LUKE, J. The evidence for the plaintiff did not establish the cause of action alleged; the errors assigned do not require a reversal, and a nonsuit was properly granted.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED JUNE 15, 1917.

Action for damages; from Webster superior court—Judge Littlejohn. April 5, 1916.

*J. F. Souter, Shipp & Sheppard,* for plaintiff.

*Dorsey, Brewster, Howell & Heyman, G. Y. Harrell, Mark Bolding,* for defendant.